## VERNAL MORGAN *v.* COMMISSIONER OF CORRECTION

The petitioner Vernal Morgan's petition for certification for appeal from the Appellate Court, 108 Conn. App. 901 (AC 28449), is denied.

*Paul R. Kraus*, special public defender, in support of the petition.

*Christopher T. Godialis*, supervisory assistant state's attorney, in opposition.

Decided September 10, 2008